UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.                                          Case Nos.:   3:92cr3057/LAC/CJK
                                                         3:17cv170/LAC/CJK
CASWELL A. CRAWFORD

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 17, 2017 (doc. 146).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      Defendant's "Motion to Vacate and Correct Sentence Under 28 U.S.C. § 2255(f)(3)" (ECF No. 145) is **SUMMARILY DISMISSED**.

3.    A certificate of appealability is **DENIED**.

DONE AND ORDERED this 3rd day of April, 2017.


_____s/L.A. Collier_____
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**